UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>PAUL OIL COMPANY, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00087-DAD-EPG<br><br>ORDER APPROVING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT<br><br>(ECF Nos. 11, 12) |

This matter is before the Court on the stipulation of Plaintiff Darren Gilbert and Defendants Mohamed Nasser and Askandar Ali Almawori to set aside the Clerk's entry of default against these Defendants. (ECF No. 12). The parties' stipulation is based on a dispute concerning whether service was proper and whether Defendants were required to respond to the complaint, with the parties ultimately agreeing to set aside the Clerk's entry of default and to give Defendants twenty-eight days thereafter to respond to the complaint.

Based on the above stipulation, IT IS ORDERED as follows:

1. The stipulation (ECF No. 12) to set aside the Clerk's entry of default against Defendants Mohamed Nasser and Askandar Ali Almawori is approved;

2. The Clerk's entry of default against Defendants Mohamed Nasser and Askandar Ali Almawori (ECF No. 11) is vacated; and

\\\

\\\

3. Defendants Mohamed Nasser and Askandar Ali Almawori shall have twenty-eight days from the date of entry of this order to respond to the complaint.

IT IS SO ORDERED.

Dated:  **April 8, 2022**                              /s/ Erica P. Grosjean
                                                                 UNITED STATES MAGISTRATE JUDGE