THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendants
MOHAMED NASSER and ASKANDAR ALI ALMAWORI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>　　　Plaintiff,<br><br>vs.<br><br>PAUL OIL COMPANY, INC.; MOHAMED NASSER dba SAM'S MINI MART; ASKANDAR ALI ALMAWORI dba SAM'S MINI MART;<br><br>　　　Defendants. | Case No. 1:22-cv-00087-DAD-EPG<br><br>STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND JOINT SCHEDULING REPORT DUE DATE<br><br>(ECF NO. 14) |

IT IS HEREBY STIPULATED by and between Plaintiff DARREN GILBERT ("Plaintiff") and Defendants PAUL OIL COMPANY, INC., MOHAMED NASSER (sued herein as "MOHAMED NASSER dba SAM'S MINI MART) and ASKANDAR ALI ALMAWORI (sued herein as "ASKANDAR ALI ALMAWORI dba SAM'S MINI MART") (collectively "Defendants") (Plaintiff

and Defendants are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

The Court may enter an Order continuing the May 10, 2022 Joint Scheduling Report due date and the May 17, 2022 Mandatory Scheduling Conference in this matter, as well as the last date for the Parties to confer regarding the matters to be addressed in the Joint Scheduling Report, by 35 days or as soon thereafter as pleases the Court. A thirty-five day continuance will result in the Joint Scheduling Report being due June 14, 2022 and a 10:30 a.m. June 21, 2022 Mandatory Scheduling Conference. This is the first continuance of the foregoing matters requested by the Parties.

The Parties believe that good cause exists to enter into this Stipulation and for the Court to issue an Order continuing the aforementioned deadlines.

Good cause exists for these continuances for the purpose of reducing fees and costs, as counsel are exploring settlement in this action and believe that the additional time to investigate this matter and engage in further settlement discussions, while minimizing attorney time expended on this case, that will be afforded by the requested continuances will facilitate, and increase the chances of, early settlement of this matter. These negotiations were delayed pending the recent setting aside of defaults entered in this case against two of the three defendants in this case, whose due date to respond to the Complaint is not until May 8, 2022. It is hoped that, as a result of the requested continuances and additional time to investigate and negotiate, a settlement as to all claims and all Parties will be reached in this matter.

DATED: 4/22/2022  **MOORE LAW FIRM, P.C.**

By:  /s/ Tanya E. Moore
Tanya E. Moore, Esq.
Attorneys for Plaintiff
DARREN GILBERT

2

| | |
|---|---|
| DATED:  4/22/2022 | **CUMMINS & WHITE, LLP** |
| | By: /s/ J. Thomas Gilbert |
| | J. Thomas Gilbert, Esq. |
| | Attorneys for Defendant |
| | PAUL OIL COMPANY, INC. |
| | |
| DATED:  4/22/2022 | **THE KARLIN LAW FIRM LLP** |
| | By: /s/ Rex T. Reeves |
| | Rex T. Reeves, Esq. |
| | Attorneys for Defendants |
| | MOHAMED NASSER and |
| | ASKANDAR ALI ALMAWORI |

# **ORDER**

Having reviewed the parties' stipulation (ECF No. 14) and finding good cause to grant the parties' request, IT IS ORDERED as follows:

1. The stipulation (ECF No. 14) to continue the upcoming May 17, 2022 mandatory scheduling conference and accompanying deadlines is approved;

2. The initial scheduling conference set for May 17, 2022 (ECF No. 3) is vacated;

3. The initial scheduling conference is reset for June 21, 2022, at 10:00 a.m.;[1]

4. A Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference and shall be emailed in Word format to epgorders@caed.uscourts.gov; and

5. At least twenty (20) days prior to the Mandatory Scheduling Conference, trial counsel for all parties shall conduct a conference at a mutually agreed upon time and place.

IT IS SO ORDERED.

Dated:   **April 28, 2022**            /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

---

[1] The parties request a joint scheduling conference at 10:30 a.m. on June 21, 2022; however, the Court will set the conference for 10 a.m. as that time better suits the Court's calendar.