THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendants
MOHAMED NASSER and ASKANDAR ALI ALMAWORI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL OIL COMPANY, INC.; MOHAMED NASSER dba SAM'S MINI MART; ASKANDAR ALI ALMAWORI dba SAM'S MINI MART;<br><br>    Defendants. | Case No. 1:22-cv-00087-DAD-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS NASSER AND ALMAWORI TO RESPOND TO INITIAL COMPLAINT**<br><br>**(ECF No. 16)** |

IT IS HEREBY STIPULATED by and between Plaintiff DARREN GILBERT ("Plaintiff") and Defendants PAUL OIL COMPANY, INC., MOHAMED NASSER (sued herein as "MOHAMED NASSER dba SAM'S MINI MART) and ASKANDAR ALI ALMAWORI (sued herein as "ASKANDAR ALI ALMAWORI dba SAM'S MINI MART") (collectively "Defendants") (Plaintiff

and Defendants are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

1. Plaintiff agrees to give Defendants an extension of time to respond to the Complaint.

2. The original due date for Defendants to respond to the Complaint is on May 6, 2022 (pursuant to the Court's Order of 4/8/2022).

3. It is agreed and stipulated that the new due date for Defendants to respond to the Complaint will be June 3, 2022. This extension of time is Defendant's first extension following the setting aside of Defendants' defaults in this matter and does not alter the date of any event or deadline already fixed by Court order.

The Parties jointly request that the Court enter an Order consistent with the foregoing. Good cause exists for this extension for the purpose of reducing fees and costs, as counsel have explored settlement in this action, are actively involved in settlement negotiations, and believe that the additional time to investigate this matter and engage in further settlement discussions that will be afforded by the requested extension of time to respond to the Complaint will facilitate, and increase the chances of, early settlement of this matter. It is hoped that, as a result of the requested continuance and additional time to investigate and negotiate, a settlement as to all claims and all Parties will be reached in this matter.

DATED: 5/4/2022                    **MOORE LAW FIRM, P.C.**

                                   By:    /s/ Tanya E. Moore
                                          Tanya E. Moore, Esq.
                                          Attorneys for Plaintiff
                                          DARREN GILBERT


DATED: 5/4/2022                    **THE KARLIN LAW FIRM LLP**

                                   By:    /s/ Rex T. Reeves
                                          Rex T. Reeves, Esq.
                                       Attorneys for Defendants
                                       MOHAMED NASSER and
                                       ASKANDAR ALI ALMAWORI

**ORDER**

Pursuant to the parties' stipulation (ECF No. 16), IT IS ORDERED that the deadline for Defendants Nasser and Almawori to respond to the complaint is extended to June 3, 2022.

IT IS SO ORDERED.

Dated:   **May 4, 2022**                              /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE

## SIGNATURE ATTESTATION

I, Rex T. Reeves, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing using their /s/ electronic signature, as authorized on the date next to their /s/ signature.

DATED:  5/4/2022

By: /s/ Rex T. Reeves
Rex T. Reeves, Esq.