1  THE KARLIN LAW FIRM LLP
   L. Scott Karlin (SBN 90605)
2  Michael J. Karlin (SBN 272442)
3  Rex T. Reeves (SBN 136842)
   13522 Newport Avenue, Suite 201
4  Tustin, California  92780
   Telephone: (714) 731-3283
5  Facsimile: (714) 731-5741
6  lsk@karlinlaw.com; mike@karlinlaw.com;
   rex@karlinlaw.com
7
   Attorneys for Defendants
8  MOHAMED NASSER and ASKANDAR ALI ALMAWORI

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00087-DAD-EPG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND JOINT SCHEDULING REPORT DUE DATE BY 28 DAYS** |
| vs. | |
| PAUL OIL COMPANY, INC.; MOHAMED NASSER dba SAM'S MINI MART; ASKANDAR ALI ALMAWORI dba SAM'S MINI MART; | **(ECF NO. 20)** |
| Defendants. | Trial Date:  None Set |

       IT IS HEREBY STIPULATED by and between Plaintiff DARREN GILBERT ("Plaintiff") and

Defendants PAUL OIL COMPANY, INC., MOHAMED NASSER (sued herein as "MOHAMED

NASSER dba SAM'S MINI MART) and ASKANDAR ALI ALMAWORI (sued herein as

"ASKANDAR ALI ALMAWORI dba SAM'S MINI MART") (collectively "Defendants") (Plaintiff

1

and Defendants are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

The Court may enter an Order continuing the June 14, 2022 Joint Scheduling Report due date and the June 21, 2022 Mandatory Scheduling Conference in this matter, as well as the last date for the Parties to confer further regarding the matters to be addressed in the Joint Scheduling Report, by 28 days or as soon thereafter as pleases the Court.  A twenty-eight day continuance will result in the Joint Scheduling Report being due July 12, 2022 and a 10:00 a.m. July 19, 2022 Mandatory Scheduling Conference.  This is the second continuance of the foregoing matters requested by the Parties, and is requested in light of the Parties' continuing settlement efforts, as discussed below.

The Parties believe that good cause exists to enter into this Stipulation and for the Court to issue an Order continuing the aforementioned deadlines.  Good cause exists for these continuances for the purpose of reducing fees and costs, as counsel are actively exploring settlement in this action and believe that the additional time to investigate this matter and engage in further settlement discussions, while minimizing attorney time expended on this case, that will be afforded by the requested continuances will facilitate, and increase the chances of, early settlement of this matter.  The settlement discussions thus far have included the providing of a Certified Access Specialist (CASp) report regarding the subject premises to counsel for Plaintiff, which is in the process of being reviewed and analyzed in connection with a potential settlement.  It is hoped that, as a result of the requested continuances and additional time to investigate and negotiate, a settlement as to all claims and all Parties will be reached in this matter.

DATED:  6/6/2022                                          **MOORE LAW FIRM, P.C.**

                                                       By:      /s/ Tanya E. Moore
                                                         Tanya E. Moore, Esq.
                                                         Attorneys for Plaintiff
                                                         DARREN GILBERT

| | | |
|---|---|---|
| 1 | DATED: 6/6/2022 | **CUMMINS & WHITE, LLP** |
| 2 | | |
| 3 | | By: ___/s/ J. Thomas Gilbert_____ |
| | | J. Thomas Gilbert, Esq. |
| 4 | | Attorneys for Defendant |
| | | PAUL OIL COMPANY, INC. |
| 5 | | |
| 6 | DATED: 6/6/2022 | **THE KARLIN LAW FIRM LLP** |
| 7 | | |
| | | By: ___/s/ Rex T. Reeves_____ |
| 8 | | Rex T. Reeves, Esq. |
| | | Attorneys for Defendants |
| 9 | | MOHAMED NASSER and |
| | | ASKANDAR ALI ALMAWORI |

## **ORDER**

Having reviewed the Parties' stipulation (ECF No. 20) and considering the same, and finding good cause to grant the Parties' request, IT IS ORDERED that the Parties' Joint Scheduling Report shall be due no later than July 12, 2022, and the Mandatory Scheduling Conference shall now be held at 10:00 a.m. on July 19, 2022, with the Parties conferring regarding the matters to be addressed in the Joint Scheduling Report no later than 20 days before the Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated:   **June 6, 2022**                              /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE