UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>Plaintiff,<br><br>v.<br><br>PAUL OIL COMPANY, INC., et al.,<br><br>Defendants. | Case No. 1:22-cv-00087-DAD-EPG<br><br>ORDER APPROVING THIRD EXTENSION OF TIME FOR DEFENDANTS NASSER AND ALMAWORI TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 22) |

This matter is before the Court on the parties' request for an extension of time to July 29, 2022, for Defendants Nasser and Almawori to respond to the complaint. (ECF No. 22). As grounds, the parties state that they "have continued to actively explore settlement following the last submission to the Court concerning an extension, including the providing of a CASp (Certified Access Specialist) inspection report regarding the subject property in this ADA action and the exchange of a draft settlement agreement that is being worked on by all parties to this action based on the report." (*Id.* at 2).

Finding good cause to grant the extension, IT IS ORDERED as follows:

1. The deadline for Defendants Nasser and Almawori to respond to the complaint is extended to July 29, 2022; and,

///

///

2. All other unmodified deadlines and dates remain in place, such as the initial scheduling conference set for July 19, 2022. (*See* ECF No. 21).

IT IS SO ORDERED.

Dated:   **June 27, 2022**              /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2