UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                Plaintiff,<br><br>       v.<br><br>PAUL OIL COMPANY, INC., et al.,<br><br>                Defendants. | Case No. 1:22-cv-00087-DAD-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 28) |

On August 3, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 28). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 4, 2022**                    /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE

1